Laboratory Employees Guild, Appellant, *v.* Trustees of the University of Pennsylvania.

Argued January 13, 1972. Before JONES, C. J., EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

reargument refused July 31, 1972.

*David Cohen,* with him *Harry Lore,* for appellant.

*J. Freedley Hunsicker, Jr.,* with him *Hayward H. Coburn,* and *Drinker, Biddle & Reath,* for appellees.

OPINION PER CURIAM, June 28, 1972:
Decree affirmed. Costs on appellant.
Mr. Justice ROBERTS took no part in the consideration or decision of this case.